

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>BRIAN H. UEHARA<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:23-cr-00150-DOC<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
| --- | --- |

Upon motion of ___Defendant___ , IT IS ORDERED that a detention hearing is set for ___Friday___ , ___1/26/2024___ , at ___3:00___ ☐a.m. / ☒p.m. before the , Honorable ___Autumn D. Spaeth___ in Courtroom ___6B___ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

*(Other custodial officer)*

Dated: ___01/24/2024___          ___/s/ Autumn D. Spaeth___
                                             U.S. Magistrate Judge